■ CNY FAMILY CARE, LLP, Respondent, v NORTH MEDICAL, P.C., et al., Appellants. [756 NYS2d 803] —Appeal from an order and judgment (one document) of Supreme Court, Onondaga County (Roy, J.), entered July 23, 2002, which, inter alia, granted plaintiff's motion for summary judgment.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in order and judgment at Supreme Court, Onondaga County, Roy, J. Present—Pigott, Jr., P.J., Green, Wisner, Burns and Gorski, JJ.

■ In the Matter of WHITNEY T. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JOY T., Appellant, et al., Respondent. [756 NYS2d 803] —Appeal from an order of Family Court, Erie County (Szczur, J.), entered May 8, 2001, which adjudged that respondents neglected Whitney T. and Tracy R.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Erie County, Szczur, J. Present—Pigott, Jr., P.J., Green, Wisner, Burns and Gorski, JJ.

■ In the Matter of DAJON T. and Others, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MERCEDES V., Appellant. [756 NYS2d 804] —Appeal from an order of Family Court, Erie County (Szczur, J.), entered March 13, 2002, which terminated respondent's parental rights.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Family Court, Erie County, Szczur, J. Present—Pigott, Jr., P.J., Green, Wisner, Burns and Gorski, JJ.